IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-129-JLK**

**ROLLY J. SORRENTINO and JOANN M. SORRENTINO, husband and wife,**

    Plaintiffs,

v.

**UNITED STATES OF AMERICA,**

    Defendant.

# ORDER

Kane, J.

In light of the Tenth Circuit panel's order reversing the January 9, 2004 judgment entered in this case and remanding the matter with instructions, it is

ORDERED that Mr. Sorrentino's refund suit is DISMISSED for want of subject matter jurisdiction effective *nunc pro tunc* January 24, 2005.

Dated this 26th day of October, 2005.

                BY THE COURT:

                S/**John L. Kane**
                Senior Judge, United States District Court